928

SOUTHWESTERN BELL TELEPHONE
COMPANY, Appellant,

v.

J. M. McGUIRE.

No. 15982.

United States Court of Appeals
Eighth Circuit.

May 9, 1958.

Thomas L. Croft, St. Louis, Mo., for appellant.

William Howard Bloodworth, Poplar Bluff, Mo., and Jo B. Gardner, Monett, Mo., for appellee.

PER CURIAM. Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

QUANAH, ACME & PACIFIC RAILWAY
COMPANY, Appellant,

v.

J. M. McGUIRE.

No. 15954.

United States Court of Appeals
Eighth Circuit.

May 9, 1958.

Wilder Lucas, St. Louis, Mo., and O. L. Bell, Quanah, Tex., for appellant.

William Howard Bloodworth, Poplar Bluff, Mo., and Jo B. Gardner, Monett, Mo., for appellee.

PER CURIAM. Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

Maurie H. ROSEMAN

v.

UNITED STATES of America.

No. 5895.

United States Court of Appeals
Tenth Circuit.

May 14, 1958.

John D. Ryan and Thomas J. Mitchell, Denver, Colo., for appellant.

Herbert M. Boyle, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM. Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute.

Joe Starr GULLAHORN

v.

C. H. LOONEY, Warden, United States
Penitentiary, Leavenworth, Kansas.

No. 5832.

United States Court of Appeals
Tenth Circuit.

May 14, 1958.

No appearance for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before MURRAH, PICKETT and LEWIS, Circuit Judges.

PER CURIAM. Affirmed without written opinion.